UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com
Counsel for Debtor(s)

Order Filed on September 13, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jennifer M. Bell

| | |
|---|---|
| Case No.: | 14-15630-VFP |
| Chapter: | 13 |
| Judge: | V. F. Papalia |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: September 13, 2016

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates, P.C._____, the applicant, is allowed a fee of $ _____$1,300.00_____ for services rendered and expenses in the amount of $_____Zero_____ for a total of $_____$1,300.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____$1,668.00____ per month for ____final 30____ months to allow for payment of the above fee.

starting with the payment due on october 1st, 2016

*rev.8/1/15*