Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14–15630–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer M Bell
   32 Charles Street
   Jersey City, NJ 07307

Social Security No.:
   xxx–xx–7946

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 9, 2016.

On 10/27/16 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: December 1, 2016
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 28, 2016
JJW: dmc

                                                                       James J. Waldron
                                                                       Clerk