Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 14−15630−VFP
                    Chapter: 13
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer M Bell
   32 Charles Street
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−7946

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on August 9, 2016.

   On 10/27/16 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                December 1, 2016
Time:               10:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 28, 2016
JJW: dmc

                                                                                                                  James J. Waldron
                                                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-15630-VFP
Jennifer M Bell                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 2         Date Rcvd: Oct 28, 2016
                       Form ID: 185         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2016.
```
db           +Jennifer M Bell,    32 Charles Street,    Jersey City, NJ 07307-2829
514655474    +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
514655475    +Ccs/first Savings Bank,    500 East 60th St N,    Sioux Falls, SD 57104-0478
514655476    +Credit One Bank,    PO Box 5217,    Sioux Falls, SD 57117-5217
514655477    +Eloise Bell,    32 Charles Street,    Jersey City, NJ 07307-2829
514655479    +FNCC/Legacy Visa,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
514655478    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
514655480    +Lvnv Funding Llc,    625 Pilot Road Suite 2/3,    Las Vegas, NV 89119-4485
514655482    +PNC Bank,    3232 Newark Drive,    Miamisburg, OH 45342-5421
514931730    +PNC Bank, National Association,    c/o Zucker Goldberg & Ackerman,
               200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
514939948    +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
514655483    #Zucker, Goldberg & Ackerman,    200 Sheffield Street, Suite 301,    PO Box 1024,
               Mountainside, NJ 07092-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 28 2016 23:35:49     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 28 2016 23:35:46     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
514701430     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 28 2016 23:34:04
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
514930905     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 28 2016 23:28:12
               LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
514655481    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 28 2016 23:35:45     Midland Funding,    8875 Aero Dr,
               San Diego, CA 92123-2255
514885215     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2016 23:34:13
               Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
                                                                                                TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hetal  Patel    on behalf of Debtor Jennifer M Bell nadiafinancial@gmail.com,
               patel.fitzlaw@gmail.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Lauren  Yassine    on behalf of Debtor Jennifer M Bell laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
```

```
District/off: 0312-2           User: admin                  Page 2 of 2                   Date Rcvd: Oct 28, 2016
                               Form ID: 185                 Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas Fitzgerald    on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Debtor Jennifer M Bell Nickfitz.law@gmail.com, nadiafinancial@gmail.com

                                                      TOTAL: 8