| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>FITZGERALD & ASSOCIATES, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>By: Sarah J. Crouch, Esq. (SC 1174)<br>Phone: 201-533-1100<br>Fax: 201-533-1111<br>Attorney for the Debtor | Order Filed on February 21, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>JENNIFER BELL | Case No.: 14-15630<br>Chapter: 13<br>Judge: Papalia |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 21, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates, P.C._____, the applicant, is allowed a fee of $_____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1297.00____ per month for ____26____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 14-15630-VFP
Jennifer M Bell                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 21, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2017.
db             +Jennifer M Bell,   32 Charles Street,   Jersey City, NJ 07307-2829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hetal  Patel    on behalf of Debtor Jennifer M Bell nadiafinancial@gmail.com,
               patel.fitzlaw@gmail.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lauren  Yassine    on behalf of Debtor Jennifer M Bell laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas  Fitzgerald    on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com,
               nadiafinancial@gmail.com
                                                                                              TOTAL: 8