Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                       Case No.:  14−15630−VFP
                                       Chapter:  13
                                       Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer M Bell
   32 Charles Street
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−7946

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/15/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 15, 2017
JAN: jf

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-15630-VFP
Jennifer M Bell                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 2         Date Rcvd: May 15, 2017
                          Form ID: 148          Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
db           +Jennifer M Bell,    32 Charles Street,    Jersey City, NJ 07307-2829
514655476    +Credit One Bank,    PO Box 5217,    Sioux Falls, SD 57117-5217
514655477    +Eloise Bell,    32 Charles Street,    Jersey City, NJ 07307-2829
514655479    +FNCC/Legacy Visa,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
514655480    +Lvnv Funding Llc,    625 Pilot Road Suite 2/3,    Las Vegas, NV 89119-4485
514655482    +PNC Bank,    3232 Newark Drive,    Miamisburg, OH 45342-5421
514931730    +PNC Bank, National Association,    c/o Zucker Goldberg & Ackerman,
               200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
514655483    #Zucker, Goldberg & Ackerman,    200 Sheffield Street, Suite 301,    PO Box 1024,
               Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 15 2017 22:12:40     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2017 22:12:38     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514701430     EDI: AIS.COM May 15 2017 21:58:00     American InfoSource LP as agent for,
               Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
514655474    +EDI: CAPITALONE.COM May 15 2017 21:58:00     Capital 1 Bank,    Attn: Bankruptcy Dept.,
               Po Box 30285,    Salt Lake City, UT 84130-0285
514655478    +EDI: AMINFOFP.COM May 15 2017 21:58:00     First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
514930905     EDI: RESURGENT.COM May 15 2017 21:58:00     LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
514655481    +EDI: MID8.COM May 15 2017 21:58:00     Midland Funding,    8875 Aero Dr,
               San Diego, CA 92123-2255
514885215     EDI: PRA.COM May 15 2017 21:58:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
               POB 41067,    Norfolk VA 23541
514939948    +EDI: WFFC.COM May 15 2017 21:58:00     Wells Fargo Bank,    PO Box 63491 MAC A0143-042,
               San Francisco, CA 94163-0001
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514655475    ##+Ccs/first Savings Bank,    500 East 60th St N,    Sioux Falls, SD 57104-0478
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 15, 2017
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Hetal  Patel    on behalf of Debtor Jennifer M Bell nadiafinancial@gmail.com,
     patel.fitzlaw@gmail.com
    Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
     jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
    Lauren  Yassine    on behalf of Debtor Jennifer M Bell laurenyassine.esq@gmail.com,
     nickfitz.law@gmail.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    Nicholas  Fitzgerald    on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com
    Sarah J. Crouch    on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com,
     nadiafinancial@gmail.com;r53165@notify.bestcase.com
                                                                        TOTAL: 8