Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−15630−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer M Bell
   32 Charles Street
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−7946

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on July 31, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 105 − 103
Amended Order Granting Motion To Reinstate Case (Related Doc # 103). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/31/2017. (jf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 31, 2017
JAN: jf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Jennifer M Bell
    Debtor

Case No. 14-15630-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 31, 2017
    Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.
db    +Jennifer M Bell,   32 Charles Street,   Jersey City, NJ 07307-2829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:
    Brian C. Nicholas   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
    Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Hetal Patel   on behalf of Debtor Jennifer M Bell nadiafinancial@gmail.com, patel.fitzlaw@gmail.com
    Joshua I. Goldman   on behalf of Creditor   PNC Bank, National Association jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
    Lauren Yassine   on behalf of Debtor Jennifer M Bell laurenyassine.esq@gmail.com, nickfitz.law@gmail.com
    Marie-Ann Greenberg   magecf@magtrustee.com
    Nicholas Fitzgerald   on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com
    Sarah J. Crouch   on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com
    TOTAL: 8