Page 1
Sarah J. Crouch, Esq. (SC 1174)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201)533-1100
Attorney for Debtor

Order Filed on July 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey
-----------------------------------------------------------x
In Re:                                         **Chapter 13**

JENNIFER BELL                                  Case No.: 14-15630

                                      HEARING DATE: 07/06/2017
                                      HEARING TIME: 11:00 am

Debtor
-----------------------------------------------------------x

## AMENDED ORDER REINSTATING DEBTOR'S CHAPTER 13 CASE

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 31, 2017**

                                                                      _____
                                                                      **Honorable Vincent F. Papalia**
                                                                      **United States Bankruptcy Judge**

**Page 2**
Debtor: Jennifer Bell
Case No. 14-15630
Caption:  AMENDED ORDER REINSTATING DEBTOR'S CHAPTER 13 BANKRUPTCY CASE
---------------------------------------------------------------

This matter having come before the Court upon the debtor's Notice of Motion for an Order reopening and reinstating debtor's Chapter 13 bankruptcy case, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the debtor's Chapter 13 case is hereby reinstated on the condition that no later than July 20, 2017 the Debtor make a payment of $1,300.00 to the Chapter 13 Trustee; and it is further

**ORDERED**  that the Debtor's case will be subject to automatic dismissal should the Debtor fail to make the payment $1300.00 upon certification of the Chapter 13 trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-15630-VFP
Jennifer M Bell                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1             Date Rcvd: Jul 31, 2017
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db              +Jennifer M Bell,    32 Charles Street,    Jersey City, NJ 07307-2829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hetal Patel    on behalf of Debtor Jennifer M Bell nadiafinancial@gmail.com,
               patel.fitzlaw@gmail.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lauren Yassine    on behalf of Debtor Jennifer M Bell laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
                                                                                             TOTAL: 8