Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 14–15630–VFP
      Chapter: 13
      Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer M Bell
   32 Charles Street
   Jersey City, NJ 07307

Social Security No.:
   xxx–xx–7946

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/7/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 7, 2017
JAN: jf

      Jeanne Naughton
      Clerk

Case 14-15630-VFP    Doc 112    Filed 09/09/17    Entered 09/10/17 01:26:19    Desc
Imaged Certificate of Notice    Page 2 of 3

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                              Case No. 14-15630-VFP
Jennifer M Bell                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 2            Date Rcvd: Sep 07, 2017
                              Form ID: 148                Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
db           +Jennifer M Bell,    32 Charles Street,    Jersey City, NJ 07307-2829
514655476    +Credit One Bank,    PO Box 5217,    Sioux Falls, SD 57117-5217
514655477    +Eloise Bell,    32 Charles Street,    Jersey City, NJ 07307-2829
514655475   ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
             (address filed with court: Ccs/first Savings Bank,     500 East 60th St N,
              Sioux Falls, SD 57104)
514655479    +FNCC/Legacy Visa,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
514655480    +Lvnv Funding Llc,    625 Pilot Road Suite 2/3,    Las Vegas, NV 89119-4485
514655482    +PNC Bank,    3232 Newark Drive,    Miamisburg, OH 45342-5421
514931730    +PNC Bank, National Association,    c/o Zucker Goldberg & Ackerman,
              200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2017 01:21:35     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2017 01:21:33     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
514701430     EDI: AIS.COM Sep 08 2017 00:58:00      American InfoSource LP as agent for,
              Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
514655474    +EDI: CAPITALONE.COM Sep 08 2017 01:03:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
              Po Box 30285,    Salt Lake City, UT 84130-0285
514655478    +EDI: AMINFOFP.COM Sep 08 2017 01:03:00      First Premier Bank,    601 S Minnesota Ave,
              Sioux Falls, SD 57104-4868
514930905     EDI: RESURGENT.COM Sep 08 2017 01:03:00      LVNV Funding, LLC its successors and assigns as,
              assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
514655481    +EDI: MID8.COM Sep 08 2017 01:03:00      Midland Funding,    8875 Aero Dr,
              San Diego, CA 92123-2255
514885215     EDI: PRA.COM Sep 08 2017 00:58:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
              POB 41067,    Norfolk VA 23541
514939948    +EDI: WFFC.COM Sep 08 2017 01:03:00      Wells Fargo Bank,    PO Box 63491 MAC A0143-042,
              San Francisco, CA 94163-0001
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514655483    ##Zucker, Goldberg & Ackerman,    200 Sheffield Street, Suite 301,    PO Box 1024,
              Mountainside, NJ 07092-0024
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 07, 2017
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Hetal  Patel    on behalf of Debtor Jennifer M Bell nadiafinancial@gmail.com, patel.fitzlaw@gmail.com
        Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Lauren  Yassine    on behalf of Debtor Jennifer M Bell laurenyassine.esq@gmail.com, nickfitz.law@gmail.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Nicholas  Fitzgerald    on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com
        Sarah J. Crouch    on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com

                                                                                                                                          TOTAL: 8