| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY NEWARK DIVISION** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L. 6409 Congress Ave., Suite 100 Boca Raton, FL 33487 Telephone: 561-241-6901 Attorneys For Secured Creditor PNC BANK NA  Shauna Deluca, Esq. (SD-8248) | Case No.: 14-15630-VFP  Chapter 13  Judge: Vincent F. Papalia |
| **In Re:**  Jennifer M Bell,  Debtor. | |

Order Filed on April 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER DIRECTING REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: April 30, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

Debtor: Jennifer M Bell
Case No.: 14-15630-VFP
Caption of Order: **Order Directing Redaction of Personal Information**

___

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on July 22, 2014, as Claim 4-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.