| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY NEWARK DIVISION** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L. 6409 Congress Ave., Suite 100 Boca Raton, FL 33487 Telephone: 561-241-6901 Attorneys For Secured Creditor PNC BANK NA  Shauna Deluca, Esq. (SD-8248) | Case No.: 14-15630-VFP  Chapter 13  Judge: Vincent F. Papalia |
| **In Re:**  Jennifer M Bell,  Debtor. | |

**Order Filed on April 30, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: April 30, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**

Debtor: Jennifer M Bell
Case No.: 14-15630-VFP
Caption of Order: **Order Directing Redaction of Personal Information**

___

    The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on July 22, 2014, as Claim 4-1 on the Claims Register.

    ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

    ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

    ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Jennifer M Bell  
     Debtor

Case No. 14-15630-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 30, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.  
db            #+Jennifer M Bell,    32 Charles Street,    Jersey City, NJ 07307-2829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:  
         Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Hetal  Patel    on behalf of Debtor Jennifer M Bell nadiafinancial@gmail.com, patel.fitzlaw@gmail.com  
         Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Lauren  Yassine    on behalf of Debtor Jennifer M Bell laurenyassine.esq@gmail.com, nickfitz.law@gmail.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas  Fitzgerald    on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com  
         Sarah J. Crouch    on behalf of Debtor Jennifer M Bell nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
         Shauna M Deluca    on behalf of Creditor    PNC Bank, National Association sdeluca@rasflaw.com  
                                                                                                                                 TOTAL: 9